```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 10773
  ADAM R LUCE
  DANIELLE J LUCE                             CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

        Debtor
  SSN XXX-XX-7116     SSN XXX-XX-9745
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/15/07 and confirmed on 08/02/07.

2. The case was dismissed after confirmation, 04/24/2008.

3. The Debtor paid a total of $ 31927.20 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | 19417.64 | .00 | 19417.64 |
| EMC MORTGAGE | MORTGAGE ARRE | 13023.28 | .00 | .00 |
| EMC MORTGAGE | SECURED | 5130.95 | .00 | 5130.95 |
| EMC MORTGAGE | MORTGAGE ARRE | 4481.20 | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED VEHIC | 14024.00 | 975.28 | 2403.73 |
| CITIBANK | SECURED VEHIC | 4675.00 | 249.54 | 261.11 |
| WEATHER GUARD CONSTRUCTI | SECURED | 2500.00 | 139.66 | 445.88 |
| ACE AMERICAS CASH EXPR | UNSECURED | 1080.00 | .00 | .00 |
| ALL AMERICAN CASH ADVANC | UNSECURED | 2777.68 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1168.02 | .00 | .00 |
| AT&T BANKRUPTCY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 592.48 | .00 | .00 |
| CAREMARK INC | UNSECURED | NOT FILED | .00 | .00 |
| CASH FLOW SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 792.46 | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 2000.00 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 1003.59 | .00 | .00 |
| GOOD SAM HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CREATER ELCIN EMERCENCY | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 903.78 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1589.19 | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |

```
SHERMAN HOSPITAL            UNSECURED       359.15            .00            .00
SIGNATURE MEDICAL ASSOC     UNSECURED    NOT FILED            .00            .00
TARGET NATIONAL BANK        UNSECURED       320.11            .00            .00
THE CASH STORE              UNSECURED    NOT FILED            .00            .00
WELL CARE NEONATOLOGISTS    UNSECURED    NOT FILED            .00            .00
GERMBUSTERS                 UNSECURED    NOT FILED            .00            .00
CARMAX AUTO FINANCE         UNSECURED       185.46            .00            .00
ECAST SETTLEMENT CORPORA    UNSECURED      1059.31            .00            .00
       Summary of disbursements:
-------------------------------------------------------------------------------
                 SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  63252.07        .00      13831.23          .00      77083.30
PRINCIPAL PAID      27659.31        .00           .00          .00      27659.31
INTEREST PAID        1364.48        .00           .00          .00       1364.48
TOTAL PAID          29023.79        .00           .00          .00      29023.79
```

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   3500.00
and was paid $   2400.00   direct and $     .00   through the plan.

The Trustee received $   1371.11 .

Refunds to the Debtor totaled $   1532.30 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 09/10/08              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
      CASE NO. 07 B 10773 ADAM R LUCE & DANIELLE J LUCE